SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal Bar No. 168646
JAY T. RAMSEY, Cal Bar No. 273160
ALYSSA SONES, Cal Bar No. 318359
PATRICK D. RUBALCAVA, Cal Bar No. 335940
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E mail: ccardon@sheppardmullin.com
jramsey@sheppardmullin.com
asones@sheppardmullin.com
prubalcava@sheppardmullin.com

DANE C. BRODY CHANOVE, Cal. Bar No. 345843
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
E Mail: dbrodychanove@sheppardmullin.com

Attorneys for Defendant
CARTER'S, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTER'S, INC. and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-6878-MRA (SSCx)<br><br>**NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a) AND STAY PROCEEDINGS**<br><br>Date: April 14, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10B<br><br>Complaint Filed: August 14, 2024<br>Trial Date: Not Set |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 14, 2025, at 1:30 p.m., or as soon thereafter as this matter can be heard, in Courtroom 10B of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, CA 90012, the Honorable Mónica Ramírez Almadani presiding, Defendant Carter's, Inc, will and hereby does move, pursuant to 28 U.S.C. § 1404(a), to transfer this action for the convenience of parties, witnesses, and the interests of justice to the United States District Court for the Northern District of Georgia, and stay proceedings.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declarations of Michelle Guthrie and Jay T. Ramsey filed concurrently herewith, the records and files in this action, any argument that may be requested at the hearing, and any and all other matters this Court deems necessary.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 12, 2025 and February 13, 2025. Declaration of Jay T. Ramsey ¶ 3.

Dated: February 26, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Jay T. Ramsey*

P. CRAIG CARDON
JAY T. RAMSEY
ALYSSA SONES
PATRICK D. RUBALCAVA
DANE C. BRODY CHANOVE

*Attorneys for Defendant*
CARTER'S, INC.