JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA RINGLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTER'S, INC. and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-6878-MRA (SSCx)<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a) AND STAY PROCEEDINGS**<br><br>Date: April 14, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10B<br><br>Complaint Filed: August 14, 2024<br>Trial Date: Not Set |

# ORDER

On February 26, 2025, Defendant Carter's, Inc. ("Defendant") filed its Motion to Transfer Venue to the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a) and Stay Proceedings. ECF 22. On March 6, 2025, the Court granted the parties' Stipulation to Stay Proceedings pending a ruling on the Motion. ECF 23, 24. On March 28, 2025, Plaintiff Adina Ringler, the only named plaintiff in this case, filed a Notice of Non-Opposition to Defendant's Motion to Transfer. ECF 28.

This Court, having considered the Motion to Transfer Venue and Plaintiff's Non-Opposition, and good cause appearing therefor, orders the following:

i. Carter's Motion is GRANTED.

ii. This case is hereby transferred to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

DATED: April 04, 2025

Hon. Mónica Ramírez Almadani
United States District Court Judge